**Jennifer MISSEY, Claimant/Appellant,**

v.

**SCHNUCKS MARKETS, INC., and Division of Employment Security, Respondents/Respondents.**

**No. ED 86599.**

Missouri Court of Appeals,
Eastern District,
Division Four.

March 7, 2006.

Jennifer Missey, De Soto, MO, pro se.

Ninion S. Riley, Attorney, Jefferson City, MO, for Division of Employment Security.

Schnucks Markets, Inc., St. Louis, MO, pro se.

Before NANNETTE A. BAKER, P.J., ROBERT G. DOWD, JR., J. and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Jennifer Missey (Claimant) appeals from the decision of the Labor and Industrial Relations Commission (Commission) denying her claim for unemployment benefits. We have reviewed the briefs of the parties

---

1. All statutory references are to RSMo 2000 unless otherwise indicated.

and the record on appeal and conclude that the Commission did not err in finding that Claimant left her employment voluntarily without good cause attributable to such employment. *Quik 'N Tasty Foods, Inc. v. Div. of Employment Sec.*, 17 S.W.3d 620, 625 (Mo.App. W.D.2000). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).